United States Bankruptcy Court
Northern District of California

| | |
|---|---|
| In re: | Case No. 25-30373-HLB |
| Housing Hope Association | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2025 | Form ID: NDC | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Housing Hope Association, 14 Burgess Ct., Sausalito, CA 94965-1104 |
| 15756660 | + | Mortgage Lender Services, Inc., C/O YEVA, INC DBA SAXE MORTGAGE COMPANY, 7844 Madison Ave, Suite 145,, Fair Oaks, CA 95628-3595 |
| 15756659 | + | PHH Mortgage Corporation, C/O First American Title Insurance Compa, 4795 Regent Blvd, Mail Code 1011-F, Irving, TX 75063-2467 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 29 2025 04:27:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 29 2025 04:27:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | May 29 2025 04:27:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15756657 | + | Email/Text: bankruptcy@ncaks.com | May 29 2025 00:27:00 | National Credit Adjusters, P.O. Box 550 327 West Fourth Street, Hutchinson, KS 67504-0550 |
| 15756658 | | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | May 29 2025 00:27:00 | Quality Loan Service Corporation, Yolanda Yancy Assistant Secretary, 2763 Camino Del Rio S, San Diego, CA 92108 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 30, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janina M Hoskins | jmelder7@aol.com  Ca80@ecfcbis.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Housing Hope Association | Case No.: 25−30373 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

   **Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 5/13/2025. Therefore, it is ordered that this case be **dismissed**.

☐  Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee
☐  Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full
☑  Order to File Required Documents and Notice of Automatic Dismissal
☐  Order and Notice Regarding Failure to Pay Filing Fee
☐  Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☐  Order Granting the Application to Pay Filing Fee in Installments
☑  Other: Notice of Deficient Filing Regarding Obsolete Forms and Dismissal of Case in Event of Failure to Cure Official Forms due by 5/27/2025


Dated: 5/28/25                              By the Court:


                                            Hannah L. Blumenstiel
                                            United States Bankruptcy Judge